UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHARD SCOTT MOTE,<br><br>　　　　　　Plaintiff<br><br>　v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br>SPOKANE POLICE DEPARTMENT, and<br>SEATTLE POLICE DEPARTMENT | NO. CV-05-0038-EFS<br><br>**ORDER DISMISSING COMPLAINT**<br>**AND CLOSING FILE** |

　　　On April 4, 2005, Plaintiff was given until June 3, 2005, to file an amended complaint that complied with the Federal Rules of Civil Procedure and the Local Rules for the Eastern District of Washington. (Ct. Rec. 5.)  The April 4, 2005, Order also cautioned Plaintiff that his failure to file a timely amended complaint would result in the dismissal of his original Complaint (Ct. Rec. 4).  As of December 22, 2005, no amended complaint, nor any other document, has been filed in this case since the April 4, 2005, Order.  For that reason and those explained in the April 4, 2005, Order, Plaintiff's Complaint (Ct. Rec. 4) is dismissed.

//

//

//

//

ORDER ~ 1

Accordingly, **IT IS HEREBY ORDERED:** Plaintiff's Complaint **(Ct. Rec. 4)** is **DISMISSED.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, provide a copy this order and the April 4, 2005, Order (Ct. Rec. 5) to Plaintiff, and **CLOSE THIS FILE.**

**DATED** this  22nd  day of December, 2005.

```
                         s/Edward F. Shea
                         EDWARD F. SHEA
                    United States District Judge
```

Q:\Civil\2005\0038.dismiss.complaint.frm

ORDER ~ 2